E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
SUSAN L. SMITH, CA STATE BAR NO.: 253808
Special Assistant United States Attorney
      Social Security Administration
      160 Spear Street, Suite 800
      San Francisco, California 94105
      Tel: (510) 970-4857
      Fax: (415) 744-0134
      E-mail: Susan.L.Smith@ssa.gov

JS-6

Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| PAMELA DENISE JORDAN,<br><br>          Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br><br>Acting Commissioner of Social Security,<br><br>          Defendant. | No. 5:22-cv-01009-AFM<br><br>[PROPOSED]<br>JUDGMENT OF REMAND |

1    The Court having approved the parties' Stipulation to Remand for Further

2  Proceedings Pursuant to Sentence Four of 42.U.S.C. § 405(g) and for Entry of

3  Judgment in Favor of Plaintiff ("Stipulation to Remand") lodged concurrent with

4  the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED,**

5  **ADJUDGED AND DECREED** that the above-captioned action is remanded to the

6  Commissioner of Social Security for further proceedings consistent with the

7  Stipulation to Remand.

8  DATED: 10/6/2022

9                                                          HON. ALEXANDER F. MACKINNON
10                                                       UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28